```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
BENJAMIN HUYNH,                                                :
                                                               :
                              Plaintiff,                       :
                                                               :         23-cv-4849 (LJL)
             -v-                                               :
                                                               :         ORDER
CODA PROJECT INC.,                                             :
                                                               :
                              Defendant.                       :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2023

LEWIS J. LIMAN, United States District Judge:

On the consent of the plaintiff, the Court dismisses the fifth cause of action for attorney's fees, Dkt. No. 1 at ECF pp. 11–12, on the ground that attorney's fees are not a separate cause of action, *see Lokai Holdings LLC v. Twin Tiger USA LLC*, 306 F. Supp. 3d 629, 644 (S.D.N.Y. 2018) ("[A]n award of attorney's fees is a remedy that underlies a cause of action, but does not give rise to a separate one."). Plaintiff has also demanded attorney's fees in a separate ad damnum for all of his other causes of action. Dkt. No. 1 at ECF p. 12.

SO ORDERED.

Dated: August 31, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge