```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BENJAMIN HUYNH,                                                    :
                                                                   :
                        Plaintiff,                                 :
                                                                   :              23-cv-4849 (LJL)
        -v-                                                        :
                                                                   :                 ORDER
CODA PROJECT INC.,                                                 :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2023

LEWIS J. LIMAN, United States District Judge:

The Complaint in this case was filed on June 8, 2023. Dkt. No. 1. On August 18, 2023, following two extensions of time to respond, Dkt. Nos. 7, 9, Defendant filed a motion to dismiss, Dkt. No. 14. Defendant also moved to stay discovery on August 29, 2023, pending the resolution of the motion to dismiss. Dkt. No. 18. Plaintiff timely filed his First Amended Complaint on September 7, 2023. Dkt. No. 20.

Pursuant to Paragraph 3(C) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed motion to dismiss and motion to stay discovery are DENIED as MOOT. The Clerk of Court is respectfully directed to close Dkt. Nos. 14 and 18.

SO ORDERED.

Dated: September 12, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge